# EXHIBIT A

FD-302 (Rev. 5-8-10)



## FEDERAL BUREAU OF INVESTIGATION

Date of entry    08/20/2020

▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ (PROTECT IDENTITY), date of birth ▮▮▮▮▮▮▮▮, email account ▮▮▮▮▮▮▮▮▮▮▮ was interviewed telephonically on August 9th and on August 16, 2020. After being advised of the identity of the interviewing agent, and the nature of the interview, ▮▮▮▮ provided the following information:

▮▮▮▮ advised that he was returning SA Rivas' telephone call to his agent from the prior week.

Pre-Covid 19, ▮▮▮▮ played football for the Tampa Bay Vipers. After the football season was cancelled, ▮▮▮▮ left Florida and returned to his hometown of Jesup, Georgia.

▮▮▮▮ was asked if he recognized the company named ▮▮▮▮ and he said he did not. He was asked if he ever contacted a jewelry company requesting copies of Super Bowl rings for himself, or for any family members. He advised that he never contacted anyone requesting any duplicate Super Bowl rings for himself or for anyone else. He was asked if he ever authorized anyone to contact a jewelry company requesting any Super Bowl related rings, or other jewelry, on his behalf. He replied that he did not. ▮▮▮▮ advised that he only had the Super Bowl ring given to him when he played for the New England Patriots.

When asked if anyone contacted him about a Super Bowl ring, he advised that a few years ago, he was contacted by Scotty Spina (Spina) via an Instagram message. Spina told ▮▮▮▮ he was interested in buying ▮▮▮▮'s Super Bowl ring. The contact by Instagram message was the first time ▮▮▮▮ ever had communication with Spina. Spina indicated he was close to Rapper Fat Joe and other celebrities. Spina advised ▮▮▮▮ that he sold sneakers to celebrities. They communicated about the sale of other rings ▮▮▮▮ had including Florida State and National Championship rings.

Investigation on  08/16/2020  at  Los Angeles, California, United States (Phone)

File #  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                   Date drafted  08/18/2020

by  SA Elizabeth Rivas

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Continuation of FD-302 of (U) Telephonic Interviews ▮▮▮▮ ▮▮▮▮ . , On 08/16/2020 , Page 2 of 3

The day after they communicated on Instagram, Spina flew down from the New York/New Jersey area to Savannah, Georgia. Spina rented a car and drove the hour drive from Savanna, Georgia to Jesup, Georgia. They met at a Parker's Gas station in Jesup. Spina was with his girlfriend who remained in the car. ▮▮▮▮ and Spina met alone.

Spina initially offered ▮▮▮▮ $30,000 for the rings which ▮▮▮▮ said was not enough money. Spina said he had a guy who could sell ▮▮▮▮'s Super Bowl ring at auction. Spina offered ▮▮▮▮ $50,000 for the Super Bowl ring and for several other college rings. They verbally agreed that Spina would pay ▮▮▮▮ half up front and the remaining half after the Super Bowl ring sold at auction. The agreement was that ▮▮▮▮ would receive a total of $50,000 for all of the rings, regardless of the sales price of the Super Bowl ring at auction.

At the meeting, Spina gave ▮▮▮▮ two checks; one check in the amount of $13,000 and another check for $12,000. The checks were a down payment on the sale of the rings. ▮▮▮▮ gave Spina his Super Bowl ring and all of the original packaging that he received with the Super Bowl ring. ▮▮▮▮ could not recall the exact number of additional college rings he sold to Spina. He had photos of the rings he gave Spina. They discussed the terms of the sale verbally and ▮▮▮▮ recalled that he signed a document for Spina. ▮▮▮▮ does not have a copy of the document he signed.

During the time ▮▮▮▮ was in communication with Spina about the rings, ▮▮▮▮ was traveling back and forth between Jesup, Georgia and Boston, Massachusetts.

After the meeting, ▮▮▮▮ attempted to cash the checks Spina gave him and the checks bounced. ▮▮▮▮ tried to contact Spina several times on Instagram without success. Later, ▮▮▮▮ found out that Spina was arrested and was in jail for other charges.

▮▮▮▮ never reported the theft of his rings, or the bounced checks he received from Spina, to law enforcement. When asked why he did not report the theft, ▮▮▮▮ initially said he did not know why he did not file a police report. Later, he stated that he did not want anyone to know he sold his rings. ▮▮▮▮ was also trying to avoid negative publicity.

▮▮▮▮ was asked if he gave Spina any paperwork with the Super Bowl

ring.  ▮▮▮▮▮▮ said he provided Spina with the original box he received and all of the paperwork that was given to him.  ▮▮▮▮▮▮ believed the Super Bowl ring was in a black box that had a clear top.  When asked if he specially remembered if there was paperwork about how to order additional family jewelry or rings, ▮▮▮▮▮▮ said he gave Spina all of the paperwork he had received.  He thought that information was likely included with the paperwork he gave Spina.

▮▮▮▮▮▮ checked his social media accounts and advised that he met with Spina at the end of September 2017.

▮▮▮▮▮▮ agreed to check his bank records to see when he attempted to cash the checks.  He believed he ripped up the checks after they bounced and he was unable to reach Spina.  After ▮▮▮▮▮▮ found out that Spina was in jail, he stopped trying to contact Spina to get his money or rings back.

▮▮▮▮▮▮ described Spina as being Italian, short in height.  Spina was young, about 18 to 20 years of age.

Regarding his communications with Spina, they only communicated by instant message.  They did not communicate by email or cell phone about the rings.  ▮▮▮▮▮▮ recalled that Spina called him on his cell phone when Spina landed back in the New York/New Jersey area.  ▮▮▮▮▮▮ does not have a cell phone number for Spina.

▮▮▮▮▮▮ was asked if he had previously attempted to sell his rings.  He previously tried to sell his rings at a local pawn shop in Jesup and was told they did not buy rings.

▮▮▮▮▮▮ agreed to assist the FBI as needed in the investigation; with the hope that his Super Bowl ring and other rings may be located and returned.