

**U. S. Department of Justice**
*Federal Bureau of Prisons*

---

*Federal Correctional Institution Schuylkill*
*Post Office Box 700*
*Minersville, Pennsylvania 17954*

7/31/2020

For: The District Court of New Jersey

RE: Scott Spina Jr. Reg #71511-050

To the Honorable Court,

   I, William Rasinger, am writing this letter on behalf of Inmate Scott Spina. I have been employed in the Bureau of Prisons since 2013. I hired Mr.Spina in the Safety department when he first arrived here at FCI Schuylkill. I first had thoughts I didn't want to hire this young kid, thinking he probably wouldn't have a good work ethic. I am glad that I went against my original thoughts because out of all the inmates I have supervised on my multiple work details, he has by far been the best worker I had. Mr. Spina might even be the best worker I ever supervised in prison or in my multiple managerial roles before my employment with the Federal Bureau of Prisons. No matter how much work I gave him, he was always asking for more and what needs done next. Mr. Spina has an unbelievable drive to get work done. I have had the pleasure of having him work for me. He has also inspected and maintained our fire extinguisher inventory and self-contained breathing apparatus. He has also been assigned assorted clerical work in the office. He has also shown to be especially adept at assorted clerical work in the office which improves the efficiency and accuracy of documentation required to keep for both Bureau regulations as well as OSHA. Specifically during the COVID-19 pandemic he has been tasked with keeping a constant supply of sanitation chemicals above the normal rate and also providing other supplies to help prevent the introduction of COVID-19 into the institution. Through all of these duties he has performed exceptional work and maintained a professional attitude. He has been a model inmate and has been involved in all programs during his incarceration. I have recently been promoted from the Safety department and I would have definitely tried to get him to switch work details to work for me in my new role if I had an inmate work detail in my new job.

   He recognizes the mistakes he has made and I can see that he will dedicate his life to redeeming himself. I believe that if Mr. Spina were released today he would succeed in the community. I am certain that he has served justice for the crimes he has committed and should be given the opportunity to immediately re-enter society.

   Should you have any question please feel free to contact me.

W. Rasinger
Procurement and Property Specialist
FCI Schuylkill



**U. S. Department of Justice**

*Federal Bureau of Prisons*

*Federal Correctional Institution Schuylkill*
*Post Office Box 700*
*Minersville, Pennsylvania 17954*

7/29/2020

For: The District Court of New Jersey

RE: Scott Spina Jr. Reg #71511-050

To the Honorable Court,

   I, Lester Yohe, am writing this letter on behalf of Inmate Scott Spina. I have been employed in the Bureau of Prisons since 2002 and have been assigned to FCI Schuylkill since March 2019. Mr.Spina has been assigned to the Safety department since my arrival. I have had the pleasure of having him work for me. Over the past year he has spent countless hours working alongside of myself being tasked with daily operations of the Safety department. Specifically during the COVID-19 pandemic he has been tasked with keeping a constant supply of sanitation chemicals and assorted related supplies related to the virus. He has also inspected and maintained our fire extinguisher inventory and self-contained breathing apparatus. He has also been assigned assorted clerical work in the office. Through all of these duties he has performed exceptional work and maintained a professional attitude. He has been a model inmate and has been involved in all programs during his incarceration.

   He recognizes the mistakes he has made and I can see that he will dedicate his life to atoning for them, and to redeeming himself. I believe that if Mr. Spina were released today he would carry the same values of humility, decency and work ethic out into the community.  Mr.Spina, the model inmate will become, Mr. Spina the model citizen. I am certain that he has served justice for the crimes he has committed and should be given the opportunity to immediately re-enter society.

   Should you have any question please feel free to contact me.

_____ 7-29-2020
L Yohe/ Safety Specialist
FCI Schuylkill



Family version of 'Brady' Super Bowl ring sells for $344,927

HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SEARCH    SHOPPING    YAHOO PLUS    MORE...

 yahoo!entertainment

Sign in    Mail

 REUTERS

# Family version of 'Brady' Super Bowl ring sells for $344,927

    February 18, 2018





A family version of the New England Patriots' Super Bowl LI championship ring -- including 265 diamonds compared to the official 283 -- with "Brady" on it sold Sunday morning for a record $344,927.

The ring, when compared to Patriots quarterback Tom Brady's actual ring, is about 10 percent smaller but has the same engraving that Brady's ring would have, according to ESPN's Darren Rovell.

A record for a football ring, it comes with a letter of appraisal from its maker, Jostens, for Brady that assesses its jewelry value at $29,700, according to the report.

Ken Goldin, president of Goldin Auctions, which sold the ring, would not confirm to ESPN who consigned the ring or how it was obtained. Goldin said the buyer prefers to remain anonymous.

"This is the first Brady award that has ever come to market," Goldin said earlier this year. "He never lets things go and nobody from his inner circle has ever given up something like this."

The previous record paid for an NFL championship ring was the Super Bowl XXV ring of New York Giants linebacker Lawrence Taylor that sold for $230,401 in 2012.

--Field Level Media

## TRENDING

**Anne Heche's blood test revealed narcotics in her system: LAPD**
Yahoo Celebrity · 2 min read


**Britney Spears and Kevin Federline's feud escalates as he posts videos of her allegedly...**
Yahoo Celebrity · 5 min read


**'A League of Their Own' cast on bringing LGBTQ narratives to updated version of 1992 baseball...**
Yahoo TV · 9 min read


**Kieran Culkin explains why his 'Succession' co-star threw a drink in his face**
Yahoo TV · 3 min read


**'AGT' fans blast show's new format as nine out of 11 acts are instantly eliminated**
Yahoo Celebrity · 3 min read


TAMPA BAY BUCCANEERS  5h  - Jenna Laine

### Vikings send QB Cousins home due to illness
MINNESOTA VIKINGS  27m  - Kevin Seifert

### Sources: Jets add OT Brown after Becton injury
NEW YORK JETS  3h  - Rich Cimini

### Bears WR Harry out indefinitely after surgery
CHICAGO BEARS  1h  - Courtney Cronin

### RB White retiring: 'An honor to represent' Pats
NEW ENGLAND PATRIOTS  5h  - Mike Reiss

### Trubisky to start in Steelers' preseason opener
PITTSBURGH STEELERS  4h  - Brooke Pryor

### Fins' Shaheen fails physical; trade to Texans off
HOUSTON TEXANS  26m  - D.J. Bien-Aime

### Broncos name NFL exec Leech new team prez
DENVER BRONCOS  2h

### Los Angeles Chargers' new pass-rush duo of Khalil Mack, Joey Bosa bonding quickly
LOS ANGELES CHARGERS  10h  - Lindsey Thiry

### Denver Broncos WR Courtland Sutton is Russell Wilson's solution in pressure situations
DENVER BRONCOS  10h  - Jeff Legwold

### Summertime superiority: Inside the Baltimore Ravens' historic 20-game preseason winning streak

# Family version of Tom Brady Super Bowl LI ring sells for record $344,927

Terms of Use    Privacy Policy    Your California Privacy Rights    Children's Online Privacy Policy    Interest-Based Ads

About Nielsen Measurement    Do Not Sell My Info    Contact Us    Disney Ad Sales Site    Work for ESPN

Copyright: © ESPN Enterprises, Inc. All rights reserved.







A family version of the New England Patriots' Super Bowl LI championship ring with "Brady" on it sold Sunday morning for $344,927, a record for a football ring.

The ring, which has 265 diamonds compared to the 283 that Tom Brady's actual ring has and is about 10 percent smaller, has the same engraving that Brady's ring would have. The ring comes with a letter of appraisal from its maker, Jostens, for Brady that assesses its jewelry value at $29,700. Ken Goldin, president of Goldin Auctions, which sold the ring, would not say who consigned the ring or how it was obtained. Goldin also said the buyer prefers to remain anonymous.

To put the astronomical price paid for the Brady ring in perspective, only one piece of sports memorabilia from the past 25 years sold for more than this ring: Mike Piazza's uniform from the New York Mets' first game after Sept. 11, 2001. That jersey was sold in a private sale by Goldin for $365,000 in April 2016.

The nearly $350,000 price point obliterates the previous record paid for an NFL championship ring. The Super Bowl XXV ring of New York Giants linebacker Lawrence Taylor sold for $230,401 in 2012.

Friends and family rings don't commonly surface for big stars, but when they do, they are often competitively bid on. Prior to Sunday morning, the most a friends and family ring sold for was $173,102. That was the price paid in July 2013 for a Kobe Bryant 2000 Los Angeles Lakers championship ring owned by his father Joe. The auction was also conducted by Goldin.

Considering they have won five times, Patriots rings have been relatively rare to surface at auctions. In February 2005, former Patriots backup cornerback Leonard Myers sold his Super Bowl XXXVI ring for $32,600. Lineman Maurice Anderson sold his Super Bowl XXXVI ring for $41,825 in 2016. A staff ring from that same Super Bowl, the Patriots' first, sold for $36,000 last year.

Rings of more significant players sold recently include the Super Bowl XXX ring of Raiders CB Larry Brown, who was MVP in that game, for $71,700 in 2016. The Super Bowl XVIII ring of Lester Hayes also sold that year for $54,970.

Terms of Use    Privacy Policy    Your California Privacy Rights    Children's Online Privacy Policy    Interest-Based Ads

About Nielsen Measurement    Do Not Sell My Info    Contact Us    Disney Ad Sales Site    Work for ESPN

Copyright: © ESPN Enterprises, Inc. All rights reserved.

more than $75,000 and a head of the famous San Diego Chicken sold for $9,820.

# One punch, two lives altered: The inside story of Jets' 2015 locker room fight



Former Jets coach Todd Bowles was in disbelief after hearing quarterback Geno Smith got punched in the face by linebacker IK Enemkpali. (0:58)

  **Rich Cimini**
**ESPN Staff Writer**

6:00 AM ET

Beatrice Spina

261 Essex Avenue

Bloomfield, NJ  07003


August 11, 2022


Honorable David O. Carter
District Judge
Ronald Reagan Federal Building
United States Courthouse
411 West Fourth Street, Courtroom 10A
Santa Ana, California  92701-4516


Dear Judge Carter,

Please be advised that Scott V. Spina, Jr. is scheduled before your Honor for sentencing on August 29, 2022.  I respectfully request that you kindly accept this letter on his behalf.  Please allow me to introduce myself to your Honor.  My name is Beatrice Spina, the mother of Scott.  The reason for my letter is to bring some light to this unimaginable time in Scott's life and our family during this present situation.

Scott was recently released approximately 1½ yrs ago from FYI Schuylkill in Minersville, Pennsylvania. He was a young impressionable man when incarcerated in a medium security facility, just below a penitentiary.  Not knowing what to expect and the fears that lied ahead for him, it was a very trying and difficult time.  It was not an easy adjustment by any means.  While he was there, he was interested in getting involved in classes and courses to finish his college education.  He was a young man with plenty of time.  He also was trying to be aware and stay safe in his surroundings.  He experienced a lot of things that he will not discuss to this day.  While there, he was interested in college information for prisoners which we encouraged and sent to him.  In the meantime, his counselor offered to him information on courses/classes which would be good for his rehabilitation.  He took all that was offered to him, as he had so much time to do so.  He attended classes and also eventually acquired a job while there.  He also read lots of books.  I would send him books to him regularly as well as other members of his family.

There were days and weeks where we had no contact with Scott, pre and post covid due to lockdowns, etc. Then covid hit and he was confined to his cell almost 23 hours per day for months.  No contact or calls.  It was not easy on him or us.   His younger brother, Michael, who is now 19 years old visited Scott at FCI Schuylkill just one (1) time.  The environment and surroundings to see his brother in made him sick and he spent most of the time in the restroom vomiting.  He was just 15 years old at the time himself.  We lived approximately 2 ½ hours from the facility and we went every week and any time we were allowed.  His brother would worry sick while we drove there after we dropped him off at school. At times, I felt unable to drive home the 2 ½ hours from being distraught after visiting him and seeing his surroundings.

After Scott served his time, Scott was ultimately released to a half-way house in Newark, New Jersey and he soon acquired employment.  He faced challenges living in a desolate area in a not good section of town and commuting on public transportation to New York City daily during the Covid 19 situation.

Scott is now facing a very difficult time in his life again stemming from his past and the people whom he had been introduced to and the impressions they made upon him.  He seemed to be star struck by certain individuals and their ideas.  He did not make the right choices and while I know that it may not be easy to try to understand, he never acted alone.  He was young and impressionable.   While I do not place blame on anyone else, he is responsible for his choices, I know that Scott was bullied by the people whom he thought were his friends, which turned out to be something else or some other motive, which led him in the wrong direction as it did in the first situation.   I could not phantom why these individuals need to confer with a young man, only to have something to benefit from it for themselves and this is part of this situation as well.  This was most definitely the case on his incarceration by being bullied, manipulated and bossed about by adult men.  It ultimately cost him the price.

Scott has taken responsibility and has cooperated with everything brought before him.  He has also served many hard times and years incarcerated in a medium facility with individuals in much worse circumstances then himself.  He paid the ultimate price at a young age and now is in the same dire situation from his younger self.   I know your Honor could only image that this is a mother speaking.  Trust me, I only hope and pray for the best for our boys.  They are told always to do the right thing and take the high road, to be a better person and giving human being.  As Scott has demonstrated in his rehabilitation while previously incarcerated, he has done just that.   He had a stellar record while incarcerated and obeyed all the laws of the facility.  I ask your Honor to still give him that chance as a young man who has served hard years.  He was the youngest of them all.

As a family, we are facing this unimaginable time again.   Scott has come a long way of accepting his responsibility, being a better person and making all the right choices.  Scott and Dominique, his finance, get together with families for dinner and with her family.  We are always all engaging with one another on a daily basis.  Sunday dinner, birthdays, holidays, or just sitting at each other's house chatting and making up for those precious lost years.   Scott and Dominique are moving along with their lives in a very positive manner and we all could not be any happier for them.  Dominique is the perfect young lady.

As stated, Scott trusted too many and was very impressionable by others.  This was not good.   He has now learned.   He has taken responsibility and strongly encourages others to do the same.  As we only want the best for our children by sacrificing, teaching and encouraging them to be the best and do the right thing, in Scott's case, it fell short because of the introductions and contacts he made in his young teen life and shortly thereafter.

Scott had experienced a lot in such a small part of his younger life losing his three (3) grandparents within a 1½ apart and witnessed the death of his grandmother at 12 years old.  Also when he was 12, his father was carjacked by 3 men and shot at by one of them just a week before Christmas.   Scott could not stop imaging and it and seeing it on the news and media and was extremely upset and distraught to think that his dad could have died.   While none of these situations make up for anything at hand, they all play a role in the big picture.

Your Honor, I pray that you find in your heart to understand that Scott is a changed young man who is following the correct path in his life.  I know that his father and I are not getting any younger, and I hope

that you can understand that time away from Scott is precious time.  Please know that Scott is sincerely sorry for his actions and apologizes for the undue stress this has caused his family, as well as the other individuals involved who were impacted.   Scott engages with his family every day and night and I always receive a "good night, mom, I love you," and what's dad doing, "let me speak to dad," or "where is Michael," if he is not speaking with Michael on the phone.  At this time now, it is weighing very heavy on his brother Michael, as we try to make things as normal as possible at home for him in his life while attending college and concentrating on his studies.  Michael wanted to be home rather than dorm at school because of the situation at hand.

My sincere and heartfelt thank you, your Honor for reading my letter.  I tried to keep it as brief as possible and hope and pray you understand the impact this has had upon Scott's life and his family.  I would like to have been present before your Honor, but I am regrettably unable to do so due to my fear of traveling at this time.

If you have any questions, please feel free to reach us at any time, or if you require any other further information.

Respectfully,

*s/Beatrice Spina*
Beatrice Spina

Honorable Judge David O. Carter
United States Courthouse
411 West Fourth Street,
Courtroom 10 A
Santa Ana, CA, 92701-4516


Docket No. 0973 8:21CR00227-1


Dear Judge Carter,

     First and foremost, I like to begin by apologizing to you and all those that have been affected by my past conduct.  I have no one to blame but myself and I accept full responsibility for my past actions. My previous selfishness has caused a lot of emotional pain to not just my victims but to all those close to me, including my family, my loved ones and close friends. I could never imagine that I would be before your Honor awaiting sentencing, knowing that my exposure is a minimum of twenty-four months after previously serving a custodial sentence of thirty-five months. My previous actions were not acceptable and not a way for anyone to live their life.

     I was incarcerated for a period of 30 months in 2018 for actions that I have committed. My life has since changed drastically. I am no longer that young, reckless, and selfish person. Incarceration has changed my life regarding my perspective in valuing the smallest things in this world, and understanding how every action has a consequence. I cannot do anything pertaining to my past conduct. I can only improve my conduct now and in the future. The past is not a reflection of the man that I am today. Incarceration was the most challenging time in my life.  I was housed with people that I never was exposed to before in my life. The first call on my first day I made home was to my father and simply said "Dad this is not a life I want to live. I am ready to come home." I realized I had to make my time useful while being away therefore, I utilized every resource and program that was offered, and I completed each one I started. Seeing my mom cry every time she left to visit me, had me asking myself, how I did not know these actions not only impact my life but those that love me. I hurt so many people and as a result many others were impacted by my sentence. The closest people around me were affected, just in a different emotional way. When Covid-19 came upon us, I was confined to my cell for 23 hours a day for months and went 8 months with no visitation from my family or girlfriend.

Since the second I have been released, I have utilized my time to live a law-abiding life. I had a job secured immediately upon my release, a great support system, and still have the closest relationship with my family and my significant others family as well. Going through this all over again is not something I wanted to ever let reoccur. I am ashamed that once again, I have to be before your Honor for sentencing, and all the resources that had to be utilized as a result of my previous behavior. I understand I am faced again with the inevitable of returning back to prison. I would like to put this all behind me and repay my debt to society, and continue being a productive member of my community. This will be another pause in my life that I never thought would reoccur. Your honor, I please ask you take everything in consideration and sentence me as the man before you today and not the young adult I was back when this crime was committed. Thank you for taking the time out of your busy schedule to read this letter.

Sincerely,
Scott Spina Jr.

# WAYNE MUNICIPAL COURT

Peter F. Weiss
Chief Judge

Lawrence D. Katz
Judge

Lori Ellicott,
C.M.C.A
Court Administrator
EXT. 3305

Merry Rumore
Deputy Court Admin.
EXT. 3212

Ann Rubino
Deputy Court Admin.
EXT. 3309

Violations:
(973) 694-1800

Fax:
(973) 694-0898

Pay Ticket Online:
www.WayneTownship.com

Date: *August 13, 2018*

Summons/Complaint #: *W 2017 000745*

Defendant: *Scott V. Spina*
*261 Essex Avenue*
*Bloomfield, New Jersey 07003*

Violations: *06/14/2017*
*2C:12-1A(1)*
*Simple Assault*
*2C:33-2A(2)*
*Harrasement*

Disposition: *02/02/2018*
*Dismissed*

*Guilty to Amended Charge*
*121-2*
*Unnecesary Noise*
*Fine Pd in Full*

*Diane Rosenthal*
Violations Clerk acting for
Lori Ellicott, CMCA
Court Administrator

475 Valley Road, Wayne  New Jersey 07470-3586